```
McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE
Assistant United State Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 1:97-cr-5251 OWW |
| )  Plaintiff,           )  | MOTION AND ORDER FOR |
| )                       | DISMISSAL OF INDICTMENT |
| v.                      ) | |
| )                       | |
| GABRIEL VIRELAS-ALVAREZ, ) | |
| )                       | |
| Defendant.              ) | |

The government, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Indictment against Gabriel Virelas-Alvarez, the above named defendant only, in the interest of justice. The defendant has been a fugitive for ten years. The investigating agency has requested that the case be dismissed and the warrant recalled, so that they can close their case.

DATED: August 30, 2007            Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  By /s/Dawrence W. Rice, Jr.
                                    DAWRENCE W. RICE
                                    Assistant U.S. Attorney

1

      IT IS HEREBY ORDERED that the Indictment against the above named defendant is hereby dismissed and the warrant recalled.

IT IS SO ORDERED.

**Dated:   August 30, 2007**                      **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE